# ORIGINAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

WILLIAM JASON SMITH,                              *
                                                  *
      Plaintiff,                              *
                                                  *
v.                                                *      **Civil Action No. CV107-053**
                                                  *
RICHARD WIMMER, Investigator,                     *
Columbia County Sheriff's Department;             *
BUTCH ASKEW, Lieutenant, Columbia                 *
County Sheriff's Department; SHAUN                *
MERZLAK, Investigator, Columbia County            *
Sheriff's Department; TOMMEY                       *
COOKSEY, Sergeant, Columbia County                *
Sheriff's Department; BRUCE WALKER,               *
Investigator, Columbia County Sheriff's           *
Department; MICHAEL WILLIAMSON,                   *
Investigator, Columbia County Sheriff's           *
Department; and, DAVID WHEELER,                   *
Deputy, Columbia County Sheriff's                 *
Department,                                       *
                                                  *
      Defendants.                             *
                                                  *

---

## JUDGMENT IN A CIVIL CASE

---

      This action came before the Court. The issues have been considered and a decision has been rendered.

      **IT IS HEREBY ORDERED AND ADJUDGED** that, in accordance with the Order of this Court entered on April 29, 2008, which adopted the Report and Recommendation of the Magistrate Judge as the opinion of the Court, the Plaintiff's complaint hereby stands DISMISSED for failure to state a claim upon which relief may be granted.

April 29, 2008
Date

SCOTT L. POFF
Clerk

(By) Deputy Clerk